# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

PAUL A. SINICKI, JUNE A. SINICKI,
GERALD J. SKIFF, BARBARA L. COMORSKI,
Individually and as Executor of the
Estate of STEPHEN J. COMORSKI,
Deceased, and DONNA M. WILT,
Individually and as Administratrix
of the Estate of DAVID R. WILT,
Deceased

    vs.

GENERAL ELECTRIC COMPANY and
NEW YORK STATE ENERGY RESEARCH &
DEVELOPMENT AUTHORITY

JUDGMENT IN A CIVIL CASE

CASE NO.   1:05-cv-508 (TJM)

___ **JURY VERDICT.** This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** ; that Plaintiffs' motion to remand is GRANTED.

Plaintiffs' application for costs and fees is DENIED;

AS IN ACCORDANCE with the Honorable Thomas J. McAvoy's Memorandum Decision and Order filed July 7, 2005.

Dated:   July 7, 2005

LAWRENCE K. BAERMAN
Clerk of the Court

*P. Aton*
By:   Deputy Clerk